# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IRONTON METALS CORP., <br><br> Plaintiff, <br><br> v. <br><br> NIAGARA LASALLE (UK) LIMITED, <br><br> Defendant. | Civil Action No. 05-723 <br><br> Judge Gary L. Lancaster |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to F.R.C.P. 41(a)(1)(ii), Ironton Metals Corp. and Niagara LaSalle (UK) Limited, by their undersigned counsel, hereby stipulate to the dismissal, with prejudice, of the above-captioned civil action. Each party to bear its own attorneys' fees and costs.

/s/Douglas C. Hart
Douglas C. Hart, Esquire (#91663)
LEECH TISHMAN FUSCALDO & LAMPL
525 William Penn Place, 30th Floor
Pittsburgh, PA 15219
(412) 261-1600

Attorneys for Plaintiff,
Ironton Metals Corp.

/s/Willard R. Burns
Vincent V. Carissimi (#42227)
PEPPER HAMILTON LLP
3000 Two Logan Square
Eighteenth & Arch Streets
Philadelphia, PA 19103-2799
(215) 981-4000

Willard R. Burns (#58720)
PEPPER HAMILTON LLP
50th Floor 500 Grant Street
Pittsburgh, PA 15219
(412) 454-5000

Attorneys for Defendant,
Niagara LaSalle (UK) Limited

Dated: December 14, 2006

SO ORDERED, this 16th day of December, 2006.

Gary L. Lancaster, U.S. District Judge

#8175068 v1